April 24, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

EMS USA, INC., Appellant

NO. 14-10-01037-CV                    V.

EPOXY DESIGN SYSTEMS, INC., Appellee
_____

      This cause, an appeal from the judgment in favor of appellee, EPOXY DESIGN SYSTEMS, INC., signed July 29, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.  We order appellant, EMS USA, INC., to pay all costs incurred in this appeal.  We further order this decision certified below for observance.